**Dismissed and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00130-CV

## CAN CONG CHAU, Appellant

## V.

## HOUSTON EVICTIONS FOR DANNY TRAN, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1104795**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 5, 2018. The clerk's record was filed May 1, 2018. The reporter's record was filed March 16, 2018. No brief was filed.

On October 4, 2018, this court issued an order stating that unless appellant filed a brief on or before October 19, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Donovan.